DISTRICT/CIRCUIT COURT

FOR

BALTIMORE COUNTY

Application and Affidavit for Search and Seizure Warrant

To: The Honorable Judge _____

Associate Judge of the Circuit/District Court for Baltimore County, State of Maryland.

Application is herein made for a Search and Seizure Warrant in that there is probable cause to believe that the laws relating to prostitution, as defined in Sections 11-303 through 11-306 of the Criminal Law Article of Maryland, dealing generally with prostitution; and the laws pertaining to massage, as defined in the Health Occupations Article 3-5A-01 to 3-5A-13, dealing generally with massage certification and regulation are being violated on or upon the premises known as:

LOCATION: York Spa

2023 York Road

Timonium MD 21093, Maryland 21093

More particularly described as: A two story building constructed of brick and cream colored siding with red and white trim. The target location is located at the north side of a business strip mall housing several different businesses. The entrance to the target area is on the north side near the rear of the business strip section. The numbers "2023" and words "York Spa, Fl. 2" appear in white numbers/letters on a glass entrance door leading to the target location. A long wooden ramp leads up to the entrance door which is located on the north side of the business strip.

1


**Furthermore, your affiants know this location by sight.**

The names of your affiants are Detective D. Blackburn #4222 and Detective S. Manz #4435.

In support of said application for the Search and Seizure Warrant, your affiants do depose and say that the grounds for the search and the basis for the probable cause are as follows:

### PROBABLE CAUSE:

During the month of March 2012, the Baltimore County Police Department received a complaint regarding a location where individuals are involved in practicing illegal massage without a license, as well as engaging in prostitution (performing sexual acts for money). The complaint states that these activities are occurring at a location known as "York Spa" which is located at 2023 York Road, Timonium, Maryland 21093.

On 3/12/12, at approximately 1045 hrs, Detectives Blackburn #4222 and Manz #4435 conducted undercover surveillance at York Spa, located at 2023 York Road Timonium, MD 21093 in reference to an ongoing investigation regarding prostitution practices that are being conducted at this location.

At approximately 1125 hours, detectives observed a W/M exit the door to the spa. The W/M walked to the other end of the shopping center and went into Dunkin Donuts. Approximately 5 minutes later, a Jimmy's cab, MD tag ▓▓▓▓▓▓ pulled in front of Dunkin Donuts. The W/M exited Dunkin Donuts and got in to the Jimmy's cab. The Jimmy's cab exited the parking lot and headed south on York Road. Detectives were able to get the cab stopped at a BP gas station located at York Road at Seminary Avenue. Detective's Blackburn and Manz approached the cab and identified themselves as Police Officers. Detectives explained to the W/M passenger the nature of the stop and current investigation. The passenger identified himself as James ▓▓▓▓▓▓▓▓▓

2

through a State of Maryland driver's license (███████████████). Mr. ███ gave detectives a free and voluntary statement which included the following:

Mr. ███ learned of York Spa through an ad he saw in the Baltimore City Paper. This is the first time that Mr. ███ has been to York Spa. Mr. ███ stated that he didn't need to call and make an appointment at this location. Mr. ███ went to the side entrance door and walked in. Mr. ███ walked down the hall to another door that was locked. Mr. ███ rang the door bell and an Asian female, described as 25 years of age, 5'4" 120 lbs, answered the door and invited him in. The Asian female told Mr. ███ that her name was "Lily". "Lily" escorted Mr. ███ to a massage room. "Lily" told Mr. ███ that it would cost $50.00 for a half hour massage or $60.00 for an hour massage. Mr. ███ told "Lily" that he just wanted a half hour massage and gave "Lily" $50.00. "Lily" told Mr. ███ to get undressed and to lie on the massage table. "Lily" then left the room. Mr. ███ advised that he took all of his clothing off and laid on the table. "Lily" returned a short time later. Mr. ███ stated he was lying on his stomach. "Lilly" took her shirt off exposing her bare breasts and began to massage his back and shoulders. After approximately 20 minutes, "Lily" told Mr. ███ to flip over and lay on his back. "Lily" then massaged his shoulders and legs. "Lily" moved her hand in an up and down motion which Mr. ███ knew was a sign for a "hand job". Your affiant Detective Blackburn knows through his training, knowledge and experience that a "hand job" is slang for the sexual act of massaging the penis until the point of ejaculation. "Lily" then asked Mr. ███ "Are you going to be nice to me?" Mr. ███ said he would and agreed to the hand job. "Lily" proceeded to give him a hand job. After a couple minutes, Mr. ███ ejaculated. "Lily" took a hot towel and wiped the ejaculated sperm off of Mr. ███. Mr. ███ gave "Lily" a $20.00 tip and left the location.

On 6/25/12, at approximately 1950 hrs, Detectives Blackburn and other members of the Baltimore County Vice Unit conducted undercover surveillance at York Spa, located at 2023 York Road Timonium, MD 21093 in reference to an ongoing investigation regarding prostitution practices that are being conducted at this location.

3

At approximately 2110 hours, detectives observed a W/M drive up in a 1999 Jeep Wrangler, MD tag# ███████, and park to the rear of the location. The W/M walked to the front door of York Spa and went inside.

At approximately 2215 hours, the W/M exited the business and got back in to the Jeep. The vehicle left the parking lot heading N/B on York Road. Detectives were able to have a marked patrol car stop the vehicle a short distance away. Detective's Blackburn and Ruby #3680 approached the driver of the Jeep and identified themselves as Police Officers. Detective Blackburn explained to the driver the nature of the stop and current investigation. The driver identified himself as ███████████████████ through a State of Maryland driver's license ██████████████. Mr. ████ gave detectives a free and voluntary statement which included the following:

Mr. ████ learned of York Spa through an ad he saw on Craigslist. This is the second time that Mr. ████ has been to York Spa. Mr. ████ went to York Spa another time approximately 2 months ago. Mr. ████ went to the side entrance door and walked in. Mr. ████ walked down the hall to another door that was locked. Mr. ████ rang the door bell and an Asian female, described as 27 years of age, 5'4", thin wearing a black tube top and black tights, answered the door and invited him in. The Asian female did not speak English very well but did say that her name was "Nana". "Nana" escorted Mr. ████ to a massage room. "Nana" told Mr. ████ that it would cost $40.00 for a half hour massage or $60.00 for an hour massage. Mr. ████ told "Nana" that he wanted an hour massage and gave "Nana" $60.00. "Nana" escorted Mr. ████ to a massage room and told him to get undressed and to lie on the massage table. "Nana" then left the room. Mr. ████ advised that he took all of his clothing off and laid on the table. "Nana" returned a short time later. Mr. ████ stated he was lying on his stomach. "Nana" proceeded to give Mr. ████ a back massage for 30 minutes. "Nana" told Mr. ████ to flip over and lay on his back. "Nana" then asked Mr. ████ "Finish?" Mr. ████ asked her "How?" "Nana" then stated "20 minutes". "Nana" then massaged Mr. ████ shoulders and legs. "Nana" then began giving Mr. ████ a "hand job" and asked "You like?" Mr. ████ told her that he did. "Nana" continued to give Mr. ████ a "hand job" to the point of

ejaculation. "Nana" then left the room and came back a short time later with a hot towel. Mr. ▓▓▓ stated that "Nana" cleaned the ejaculated semen off of him. Detective Blackburn knows through his training, knowledge and experience that the term "hand job" refers to the act of massaging the penis until the point of ejaculation. Mr. ▓▓▓ gave "Nana" a $20.00 tip and left the location.

On 8/10/12, at approximately 1200 hrs, Detective Blackburn and Cpl. Brown # 3909 conducted undercover surveillance at York Spa, located at 2023 York Road Timonium MD 21093, in reference to an ongoing investigation regarding prostitution practices that are being conducted at this location.

At approximately 1233 hours, detectives observed a W/M drive up in a 2002 Chevrolet Suburban, MD tag# ▓▓▓ and park in front of the location. The W/M walked to the front door of York Spa and went inside.

At approximately 1340 hours, the same W/M exited the business and got back into the Suburban. The vehicle left the parking lot heading S/B on York Road. Detectives were able to stop the vehicle a short distance away. Detective Blackburn and Cpl Brown approached the driver of the Suburban and identified themselves as Police Officers. Detective Blackburn explained to the driver the nature of the stop and current investigation. The driver identified himself a▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ through a State of Maryland driver's license ▓▓▓▓▓▓▓. Mr. ▓▓▓ gave detectives a free and voluntary statement which included the following:

Mr. ▓▓▓ learned of York Spa through an ad he saw in the Baltimore City Paper. This is the first time that Mr. ▓▓▓ has been to York Spa. Mr. ▓▓▓ went to the side entrance door and walked in. Mr. ▓▓▓ walked down the hall to another door that was locked. Mr. ▓▓▓ rang the door bell and an Asian female, described as 25 years of age wearing a light colored top and blue jean shorts, answered the door and invited him in. The Asian female did not speak English very well but was able to tell Mr. ▓▓▓ that her name was "Lili". "Lili" escorted Mr. ▓▓▓ to a massage room. "Lili" told Mr. ▓▓▓

that it would cost $40.00 for a half hour massage or $60.00 for an hour massage. Mr. ▓▓▓ told "Lili" he wanted an hour massage and gave "Lili" $60.00. "Lili" told Mr. ▓▓▓ to get undressed and to lie on the massage table. "Lili" then left the room. Mr. ▓▓▓ advised that he took all of his clothing off and laid on the massage table. "Lili" returned a short time later. M▓▓▓ stated he was lying on his stomach. "Lili" proceeded to give Mr. ▓▓▓ a back massage for approximately 30 minutes. At that point, "Lili" told Mr. ▓▓▓ to flip over and lay on his back. "Lili" massaged Mr. ▓▓▓'s chest then began rubbing his penis. "Lili" then asked Mr. ▓▓▓ "What do you want, everything?" Mr. ▓▓▓ told "Lili" that he just wanted a "hand job". "Lili" then proceeded to give Mr. ▓▓▓ a "hand job" to the point of ejaculation. "Lili" then left the room and came back a short time later with a hot towel. Mr. ▓▓▓ stated that "Lili" cleaned the ejaculated semen off of him with the hot towel. Detective Blackburn knows through his training, knowledge and experience that the term "hand job" refers to the act of massaging the penis until the point of ejaculation. Mr. ▓▓▓ gave "Lili" a $40.00 tip and left the location.

## Summary

Your affiant's believe that the laws pertaining to prostitution, as defined in Sections 11-303 through 11-306 of the Criminal Law Article of Maryland, dealing generally with prostitution; and the laws pertaining to massage, as defined in Health Occupations Article 3-5A-01 to 3-5A-13, dealing generally with massage certification and regulation are being violated on the aforementioned premises.

Therefore, your affiants, Detective D. Blackburn #4222 and Detective Manz #4435, based on his training, knowledge and experience, pray that a search and seizure warrant be issued, authorizing him with the proper assistance to:

A. To search the aforementioned and described premises, to open any safes,

lockers, desks, envelopes, and boxes and remove there from any and all, and any parts thereof of any books, pads, ledgers, magnetic tapes and recording devices, telephones, pagers, computers, evidence used with or incidental to the crimes of prostitution and illegal massage violations and to remove any receipts, bills, envelopes, or papers which would indicate ownership of said location; further, to remove any related contraband found therein;

B. To search the aforementioned and described location, and to seize any and all massage tables, related equipment, condoms, sexual aids and any other equipment used as instrumentalities in the perpetuation of crimes related to prostitution and the providing of illegal massages;

C. To search the office area of **York Spa, 2023 York Road, Timonium MD 21093** and seize and remove the aforementioned and described illegal prostitution and massage records, related monies, receipts and documents;

D. To seize and examine any cameras, digital cameras and media, motion picture cameras, video cameras, photographs, video tapes and any other media formats capable of storing images, as well as any associated accessories;

E. To search and examine any computers and related equipment, any and all computer related material capable of containing records related to the crimes of prostitution and illegal massage violations;

F. To search all persons who may be participating in this illegal prostitution and massage scheme, found at the aforementioned and described premises, and remove from their bodies any and all and any parts thereof of any books, pads, ledgers envelopes, evidence and paraphernalia used with or incidental to this illegal prostitution and massage violation scheme, and to remove any related monies found on their persons.

SUBSCRIBED and SWORN to, this 20th day of **AUGUST, 2012**. Time: _____

_____
Detective D. Blackburn #4222, a member of the Baltimore County Police Department

_____
Detective S. Manz #4435, a member of the Baltimore County Police Department

_____
Associate Judge of the Circuit/District Court of Baltimore County, State of Maryland

## SEARCH AND SEIZURE WARRANT
## COUNTY OF BALTIMORE, STATE OF MARYLAND

The State of Maryland to Detective D. Blackburn #4222 and Detective S. Manz #4435, members of the Baltimore County Police Department, Vice Unit, or any other duly authorized police officer.

**GREETINGS:**

**WHEREAS:**

It appears to me, the subscriber, a District/Circuit Court Judge of Baltimore County, State of Maryland, aforesaid, by written application and information which is attached hereto and incorporated herein by reference and which has been sworn to and signed by Detective D. Blackburn and Detective S. Manz, member's of the Baltimore County Police Department, Vice Unit, that there is probable cause to believe that the laws relating to prostitution, as defined in Sections 11-303 through 11-306 of the Criminal Law Article of Maryland, dealing generally with prostitution; and the laws pertaining to massage, as defined in the Health Occupations Article 3-5A-01 to 3-5A-13, dealing generally with massage certification and regulation are being violated on or upon the premises known as:

**LOCATION:** York Spa
2023 York Road
Timonium MD 21093

More particularly described as: **A two story building constructed of brick and cream colored siding with red and white trim. The target location is located at the north side of a business strip housing several different businesses. The entrance to the target area is on the north side near the rear of the business strip section. The**

numbers "2023" and words "York Spa, Fl. 2" appear in white numbers/letters on a glass entrance door leading to the target location. A long wooden ramp leads up to the entrance door which is located on the north side of the business strip. Furthermore, your affiants know this location by sight.

The grounds for the search and the basis for the probable cause are fully specified in the written application and affidavit of Detective D. Blackburn #4222 and Detective S. Manz #4435, member's of the Baltimore County Police Department, Vice Unit, which is attached hereto and incorporated herein by reference.

The reasons and probable cause as set forth are the grounds for the issuance of this warrant as prescribed by the provisions of Section 1-203 of the Criminal Procedure of Maryland.

You are, therefore, hereby commanded, with the necessary and proper assistance, to:

A. To search the aforementioned and described premises, to open any safes, lockers, desks, envelopes, and boxes and remove there from any and all, and any parts thereof of any books, pads, ledgers, magnetic tapes and recording devices, telephones, pagers, computers, evidence used with or incidental to the crimes of prostitution and illegal massage violations and to remove any receipts, bills, envelopes, or papers which would indicate ownership of said location; further, to remove any related contraband found therein;

B. To search the aforementioned and described location, and to seize any and all massage tables, related equipment, condoms, sexual aids and any other equipment used as instrumentalities in the perpetuation of crimes related to prostitution and the providing of illegal massages;

C. To search the office area of **York Spa, 2023 York Road, Timonium MD 21093** and seize and remove the aforementioned and described illegal prostitution and massage records, related monies, receipts and documents;

D. To seize and examine any cameras, digital cameras and media, motion picture cameras, video cameras, photographs, video tapes and any other media formats capable of storing images, as well as any associated accessories;

E. To search and examine any computers and related equipment, any and all computer related material capable of containing records related to the crimes of prostitution and illegal massage violations;

F. To search all persons who may be participating in this illegal prostitution and massage scheme, found at the aforementioned and described premises, and remove from their bodies any and all and any parts thereof of any books, pads, ledgers envelopes, evidence and paraphernalia used with or incidental to this illegal prostitution and massage violation scheme, and to remove any related monies found on their persons.

HEREOF, Fail Not at Your Peril and Have You Then and There This Warrant.

GIVEN, Under My Hand and Seal, this 20th day of AUGUST, 2012.

_____

Associate Judge of the Circuit/District Court for Baltimore County, State of Maryland

## EXPERTISE:

### DETECTIVE D. BLACKBURN

Your affiant, Detective D. Blackburn #4222, has been a sworn member of the Baltimore County Police Department since July of 1997. Prior to this, your Affiant was a member of the Baltimore City Police Department since March 1994. From August 1997 through June 2008, your affiant was assigned to the Towson Precinct as a uniformed patrol officer. While assigned to these divisions, your affiant investigated a variety of crimes and participated in numerous investigations at all levels.

During the month of July 2008 through the present time your affiant has been assigned to the Baltimore County Police Vice/Narcotics Section. While assigned to the Baltimore County Police Vice/Narcotics Section, your affiant has been involved in investigations related to narcotics, gambling/bookmaking, human trafficking and prostitution. Additionally, your affiant has participated in the execution of numerous search warrants involving the aforementioned crimes. Your affiant is therefore familiar with the actions of subjects involved in illegal, narcotics, gambling/bookmaking, human trafficking and prostitution. Your affiant, during his tenure as a Baltimore County Police Officer/Investigator, has generated expertise in the field of law enforcement and investigations through the attendance of schools, and instructional classes including:

- Blood Sports – Dog Fighting Seminar 10/13/10
- Child Exploitation and Modern Day Slavery Conference Dallas TX  8/8/10 – 8/12/10
- Human Trafficking School Level 3 – 4/22/10
- Human Trafficking & Vice Training Conference Las Vegas  9/14/09 – 9/16/09
- Racketeering Records FBI Academy 4 day school – 7/21/09
- Human Trafficking School – 2/25/09
- International Money Laundering Investigations 5/20/09 – 5/22/09
- Sex Related Internet Investigations – 4/21/09
- Top Gun Narcotics School – 48 hour school 04/08
- Identifying Deception Behavior – 40 hour school 02/03
- Narcotic Identification Class – 40 hour school   01/02
- Identity Theft / Fraud School – 40 hour school  06/01

12

- Marijuana Eradication Class – 40 hour school   01/01
- Narcotics Enforcement for the Patrol Officer – 40 hour school   04/00
- Interview and Interrogation School-   04/99

Your affiant has also worked closely with other local, state, and federal law enforcement agencies involving investigations related to narcotics, gambling/ bookmaking, human trafficking and prostitution.

## DETECTIVE S. MANZ

Your Affiant, Detective Manz has been member of the Baltimore County Police Department since 1999. Detective Manz has completed six months of basic training in the Baltimore County Police Academy. From November 1999 through July 2005, your affiant was assigned to the Cockeysville Precinct as a uniformed patrol officer. From July 2005 through June 2008, your affiant was assigned to the Cockeysville Community Drug Violence Interdiction Team. From June 2008 through August 2009, your affiant was assigned to the Vice Narcotics Section Central Community Drug Violence Interdiction Team. While assigned to these divisions, your affiant investigated a variety of crimes and participated in numerous investigations at all levels.

During the month of June 2008 through the present time your affiant has been assigned to the Baltimore County Police Vice/Narcotics Section. While assigned to the Baltimore County Police Vice/Narcotics Section, your affiant has been involved in investigations related to narcotics, gambling/bookmaking, and prostitution. Additionally, your affiant has participated in the execution of numerous search warrants involving the aforementioned crimes. Your affiant is therefore familiar with the actions of subjects involved in illegal, narcotics, gambling/bookmaking, and prostitution. Your affiant, during his tenure as a Baltimore County Police Officer/Investigator, has generated expertise in the field of law enforcement and investigations through the attendance of schools, and instructional classes including:

May 23-24, 2012:     Current Crime Trends VII: The 2nd Decade

| Date | Training |
|---|---|
| September 12-30, 2011: | Baltimore County Police Basic Swat School |
| February 25, 2009: | Human Trafficking School |
| June 3, 2008: | Warrant service CDVIT School |
| April 2-4, 2008: | Criminal Intelligence-Analytical |
| February 20, 2008: | Youth Gang Awareness Seminar |
| February 12, 2008: | Indoor Marijuana Grow Invest. |
| January 15, 2008 | Not my child substance abuse |
| April, 2006: | Warrant Service School |
| March 21-22, 2006: | Taser Operator School |
| August 14-20, 2005: | Top Gun Undercover Drug School |
| March 22-23, 2005: | Search and Seizure seminar |
| April 13-14, 2004: | Interview and Interrogation |
| September 8-12, 2003: | Basic criminal investigator |
| October 2002,: | Standard Field Sobriety Testing |
| June 20, 2001: | Moving and Stationary Radar Operator |
| November 13-15, 2000: | Woodland Patrol Tactics |
| November 9, 200: | Speed Chronograph Operator |
| May 2-4, 2000: | Mobile Field Force Tactics |
| December 6, 1999: | Emergency Response to Terrorism |

Since being assigned to the Vice Unit, your affiant has been involved in investigations such as: Bookmaking Operations, Prostitution Investigations, Liquor Law Violations, and Electronic Gaming Devices. Your affiant, Detective Manz has experience in interviewing defendants, and witnesses who have been arrested or participated in the above listed offenses. Your affiant Detective Manz attends yearly In-Service Training required by the Maryland Police Training Commission. Therefore, your affiant Detective Manz is kept abreast of current crime trends, problems and situations within the community.